AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 20, 2020

SEAN F. McAVOY, CLERK

MARTINA R. M.,

|  | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security, | ) |

Civil Action No.   1:19-CV-03136-RHW

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for Summary Judgment, ECF No. 10, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 11, is GRANTED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Robert H. Whaley _____ on cross-motions for summary
   judgment.

Date:  May 20, 2020 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Angela Noel _____
*(By) Deputy Clerk*

Angela Noel _____